1

# SEND

2   *A-M-E-N-D-E-D* to Reflect the New Period of Supervised Release

3

4                         UNITED STATES DISTRICT COURT

5            CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

6

7   UNITED STATES OF AMERICA,          )   Case No. LACR 11-00950-VAP
                                        )
8                  Plaintiff(s),        )   JUDGMENT AND COMMITMENT ORDER
                                        )   FOLLOWING REVOCATION OF
9        v.                             )   SUPERVISED RELEASE
                                        )
10  PAUL ANTHONY WATSON,               )
                                        )
11                 Defendant(s).        )
                                        )
12  _____    )

13

14

15          Previously, on November 17, 2014, the Defendant admitted to Allegation No. Two.,

16  as contained in the Petition, filed on November 6, 2014.  The Court previously found the

17  Defendant to have violated the terms and conditions of Supervised Release.

18          And now, on January 6, 2015, the matter is before the Court for Judgment and

19  Sentencing on Allegation No. Two.   Appearing on behalf of the Defendant was CJA

20  Appointed Counsel, Rueven L. Cohen; and,  appearing on behalf of the Government, was

21  Assistant United States Attorney, Ami Sheth.  Also present was Probation Officer, Jennifer

22  Stumpp.

23           The Court ORDERS the term of Supervised Release, revoked.

24          It is adjudged that Defendant, PAUL ANTHONY WATSON, is placed on a new term

25  of Supervised Release, for a **period of 24 months,** on Allegation No. Two, under the

26  original terms and conditions as previously imposed, with the following additional condition:

27          The Defendant shall participate for a period of three(3) months in a home detention

28  program which may include electronic monitoring, GPS, Alcohol Monitoring Unit or

s:\VAP\CRD'S FORM\3-ord-sched-conf.frm

1  automated identification systems, and shall observe all rules of such program, as directed

2  by the Probation Officer.  The Defendant shall maintain a residential telephone line without

3  devices or services that may interrupt the operation of the monitoring equipment;

4       The Defendant shall pay the costs of Location Monitoring to the contract vendor, not

5  to exceed the sum of $12.00 for each day of participation.  The Defendant shall provide

6  payment and proof of payment, as directed by the Probation Officer.

7       Allegation No. One ordered dismissed.

8       IT IS SO ORDERED.

9

10  Dated: January 7, 2015

       HONORABLE VIRGINIA A. PHILLIPS
11       UNITED STATES DISTRICT JUDGE

12

13  CLERK, U. S. DISTRICT COURT

14

   By:  M. Dillard
15       M. Dillard, Courtroom Deputy

16

17

18

19

20

21

22

23

24

25

26

27

28